No. 11–6002/AF.  U.S. v. Rory J. Schuber.  CCA 2010–14.  On consideration of the motions filed by Major Reggie D. Yager to withdraw as Appellate Defense Counsel, it appears that the Judge Advocate General has assigned another counsel to represent Appellants and that the new counsel has assumed representation of said Appellants.  Accordingly, it is ordered that said motions are hereby granted.

No. 11–0558/AR.  U.S. v. Alvaro Garcia, Jr.  CCA 20080839.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 30, 2011.

No. 11–8027/NA.  In Re Justin H. McMurrin, Petitioner v. The Honorable Ray Mabus, Secretary of the Navy, and Commnanding Officer, Naval Consolidated Brig, Charleston, Respondents.  On consideration of the motion of the Respondents for a second enlargement of time to file a response to the order to show cause, it is ordered that said motion is hereby granted, up to and including June 23, 2011.

Tuesday, June 14, 2011

No. 11–5004/AR.  U.S. v. Phillip L. Pierce.  CCA 20080009.  Notice is hereby given that a certificate for review of the decision of the Army Court of Criminal Appeals was filed under Rule 22 on this date, on the following issue:

> WHETHER THE ARMY COURT OF CRIMINAL APPEALS ERRED AS A MATTER OF LAW WHEN IT HELD THAT THE MILITARY JUDGE'S INSTRUCTION ON 18 U.S.C. § 2422(B), WHICH INSTRUC-TION USED THE TERM INTERNET INSTEAD OF ANY FACILITY OR MEANS OF INTERSTATE OR FOREIGN COMMERCE, WAS ER-RONEOUS.

On May 23, 2011, the Court issued an order under Docket No. 11–0239/AR, granting Appellant's petition for grant of review.  Appellant will file a brief and Joint Appendix on the granted issue, the specified issue and the issue certified by the Judge Advocate General on or before July 14, 2011.  Appellee's brief will be filed no later than 30 days after the filing of Appellant's brief.  Appellant may file a reply no later than 10 days after the filing of Appellee's brief.